IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00479-RPM

VIRGINIA BALLARD,

    Plaintiff,

v.

DEAN FOODS COMPANY (a Delaware corporation),
DEAN WEST, LLC (a Delaware Limited Liability Company),
SOUTHERN FOODS GROUP, LLC (a Delaware Limited Liability Company)
doing business as MEADOW GOLD DAIRY,

    Defendants.

---

ORDER GRANTING MOTION TO AMEND COMPLAINT

---

    Upon consideration of the Motion to Amend Complaint [12], filed on December 2, 2008, it is

    ORDERED that the motion is granted and the First Amended Complaint tendered as Document No. 13 is deemed filed.

    Dated: December 3rd, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge