IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00479-RPM

VIRGINIA BALLARD,

    Plaintiff,

v.

DEAN FOODS COMPANY (a Delaware corporation),
DEAN WEST, LLC (a Delaware Limited Liability Company),
SOUTHERN FOODS GROUP, LLC (a Delaware Limited Liability Company)
doing business as MEADOW GOLD DAIRY,

    Defendants.

---

ORDER GRANTING UNOPPOSED MOTION TO VACATE STAY ORDER

---

    Upon consideration of the Unopposed Motion to Vacate Order Staying Case [18], filed on February 24, 2009, it is

    ORDERED that the motion is granted.

    Dated: February 25th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge