IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00479-RPM

VIRGINIA BALLARD,

    Plaintiff,

v.

DEAN FOODS COMPANY (a Delaware corporation),
DEAN WEST, LLC (a Delaware Limited Liability Company),
SOUTHERN FOODS GROUP, LLC (a Delaware Limited Liability Company)
doing business as MEADOW GOLD DAIRY, and
INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION NO. 455,

    Defendants.

---

ORDER DENYING PLAINTIFF'S MOTION TO JOIN PARTIES AND FOR PARTIAL
CONSOLIDATION OF ACTIONS FOR DISCOVERY

---

    On March 11, 2009, the plaintiff filed a Motion to Join Parties and for Partial Consolidation of Actions for Discovery, seeking consolidation of this action with Civil Action No. 08-cv-02162-MSK-KMT, *Gail Tafoya v. Dean Foods Company, Dean West, LLC, and Southern Foods Group, LLC, d/b/a Meadow Gold Dairy.* The defendant International Brotherhood of Teamsters Local Union No. 455 has filed its opposition to that motion. Upon consideration of the pleadings, the Court finds and concludes that there is not sufficient commonality in these two cases to warrant consolidation. Counsel are free to coordinate discovery in the two cases if they choose. It is now

    ORDERED that the plaintiff's motion to join parties and for partial consolidation is denied.

    Dated: April 1st, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge