IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00479-RPM

VIRGINIA BALLARD,

    Plaintiff,

v.

DEAN FOODS COMPANY (a Delaware corporation),
DEAN WEST, LLC (a Delaware Limited Liability Company), and
SOUTHERN FOODS GROUP, LLC (a Delaware Limited Liability Company)
doing business as MEADOW GOLD DAIRY,

    Defendants.

## ORDER FOR STAY

Upon consideration of Plaintiff's Unopposed Motion to Stay Proceedings [40], it is

ORDERED that the motion is granted.  Counsel shall file a status report with the Court on or before January 8, 2010.

Dated:  November 24th, 2009

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge